**People of the State of Illinois, Plaintiff-Appellee, v. Bonnie Mae Welsch, Defendant-Appellant.**

**Gen. No. 52,726. (Abstract of Decision.)**

First District, Third Division.

June 5, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James J. Meehan, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. JUSTICE SCHWARTZ. Not to be published in full.